# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**Aileen Bono,**

                    **Plaintiff(s),**

      v.

**Charles Eddings, et al,**

                    **Defendant(s).**

Case No. CV 03-1398 BR

ORDER OF DISMISSAL

      The Court having been informed by counsel for the parties that this action has been settled,

      IT IS ORDERED that, pursuant to LR 41.1, this action is dismissed with prejudice and without costs and with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Pending motions, if any, are denied as moot. All pretrial deadlines and any trial date are stricken.

      Dated: January 29, 2007

                              SHERYL S. McCONNELL, Clerk of Court

                              by ____/s/ Steven L. Minetto_____
                                  Steven L. Minetto, Deputy Clerk

cc: Counsel

ORDER OF DISMISSAL